**William WOOD, Plaintiff—Appellant,**

v.

**MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES; Richard Jacobsen, Director; Sonia Bush, Social Worker, in their Personal and Official Capacities, Defendants—Appellees.**

No. 08–2293.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 19, 2009.

William Wood, Appellant Pro Se. Robert S. Adden, Jr., Charlotte, North Carolina, for Appellees.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Wood appeals the magistrate judge's orders dismissing his civil action for lack of jurisdiction under Fed.R.Civ.P. 12(b)(1) and denying his motion to reconsider.* We have reviewed the record and find no reversible error. Accordingly, we

(2006).

affirm for the reasons stated by the district court. *Wood v. Mecklenburg Cty. Dep't of Soc. Servs.,* No. 3:07–cv–00273–DCK, 2008 WL 3876174 (W.D.N.C. Aug. 18, 2008); 2008 WL 4642625 (Oct. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*